IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| MAXIMINO CRUZ PEREZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JEROME WALSH, et al., | : | No. 14-0009 |
| Defendants. | : | |

## ORDER

AND NOW this 3rd day of _____June_____, 2015, upon careful and independent consideration of the pleadings of the parties, and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. There is no basis to issue a certificate of appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2);

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
HON. MITCHELL S. GOLDBERG
U.S. District Court Judge